870 A.2d 248

IN THE MATTER OF ROBERT A. GIEGERICH, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 288331973).

April 6, 2005.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **ROBERT A. GIEGERICH, JR.**, of **CRANFORD** who was admitted to the bar of this State in 1973, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **ROBERT A. GIEGERICH, JR.**, is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **ROBERT A. GIEGERICH, JR.**, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **ROBERT A. GIEGERICH, JR.**, be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.